UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 43847
  CATHERINE SMITH
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-9084

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/04/2005 and was confirmed 11/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/10/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | 24024.35 | .00 | 24024.35 |
| MOUNT SINAI | UNSECURED | NOT FILED | .00 | .00 |
| ST MARY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SOUTH SUBURBAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 10007.79 | .00 | 7388.61 |
| TIMOTHY K LIOU | DEBTOR ATTY | 823.20 | | 823.20 |
| TOM VAUGHN | TRUSTEE | | | 1,889.84 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 34,126.00 | |
| PRIORITY | | .00 |
| SECURED | | 31,412.96 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 823.20 |
| TRUSTEE COMPENSATION | | 1,889.84 |
| DEBTOR REFUND | | .00 |
| TOTALS | 34,126.00 | 34,126.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 05 B 43847 CATHERINE SMITH

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/27/07                        /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 43847 CATHERINE SMITH